HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAMES MATTHEW HOLLIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-00092-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO TRANSFER |
| | ) | CASE TO VETERAN'S COURT |
| vs. | ) | |
| | ) | |
| JAMES MATTHEW HOLLIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Erica L. Anderson, and defendant JAMES MATTHEW HOLLIS, JR., individually and by and through his counsel of record, Rachelle Barbour, hereby stipulate as follows:

1.      A criminal information naming defendant was filed under seal in the Eastern District of California under case number 18-CR-00092-KJN. Defendant first appeared before a judicial officer of the Court in the Eastern District of California on May 8, 2018.  At that time, the court set defendant's case for a status conference on June 20, 2018.

2.      Defendant served in the United States Armed Forces from February 27, 2007 to April 30, 2010.

3.      By this stipulation, the parties jointly move to transfer defendant's case to Veteran's Court before Magistrate Judge Carolyn K. Delaney for July 12, 2018 at 9:30 a.m.. The

Stipulation and Order

parties further ask for the upcoming status conference before Magistrate Judge Kendall J. Newman to be vacated as moot.

       4.     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 12, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

       Therefore, the parties request that the time between June 20, 2018, and July 12, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: June 15, 2018           Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Rachelle Barbour*
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for James Matthew Hollis, Jr.

DATED: June 15, 2018           McGREGOR W. SCOTT
                                    United States Attorney

                                  */s/ Erica Anderson*
                                  ERICA ANDERSON
                                  Special Assistant United States Attorney
                                  Attorney for Plaintiff

1

**ORDER**

2      The Court has read and considered the Stipulation to transfer case to Veteran's Court,

3 filed by the parties in this matter on June 15, 2018. The Court hereby finds that the Stipulation,

4 which this Court incorporates by reference into this Order, demonstrates good cause to grant the

5 parties' motion to transfer defendant's case to Veteran's Court before Magistrate Judge Carolyn

6 K. Delaney for July 12, 2018, at 9:30 a.m.

7      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the

8 interests of justice served by granting this continuance outweigh the best interests of the public

9 and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the

10 extension of time would not adversely affect the public interest in the prompt disposition of

11 criminal cases.

12      THEREFORE, FOR GOOD CAUSE SHOWN:

13      1. This case shall be transferred to Veteran's Court before Magistrate Judge Carolyn K.

14 Delaney for July 12, 2018, at 9:30 a.m. The pending status conference set for June 20, 2018, is

15 vacated as moot.

16      2. The time between June 20, 2018, and July 12, 2018, shall be excluded from calculation

17 pursuant to 18 U.S.C. § 3161(h)(7)(A).

18 IT IS SO ORDERED.

19

20 Dated: June 18, 2018

21

22                             _____

                                KENDALL J. NEWMAN

23                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stipulation and Order